# EXHIBIT "7"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DENNIS LYNN SWARTZ, JR.** | : | **BANKRUPTCY NO. 24-14190 (PMM)** |
| **and WENDY MAY SWARTZ** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

**DECLARATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, IN
OPPOSITION TO DEBTORS' APPLICATION TO CONVERT FROM A PROCEEDING
UNDER CHAPTER 7 TO A PROCEEDING UNDER CHAPTER 13**

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1. I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2. On February 18, 2025, I filed the Objection (the "Objection") of Christine C. Shubert, Chapter 7 Trustee, to Debtors' Application to Convert from a Proceeding Under Chapter 7 to a Proceeding Under Chapter 13 (the "Application").

3. I reviewed the Objection prior its filing with the Court.

4. All of the facts and averments set forth in the Objection are true and correct and I offer these facts and averments in opposition to the relief sought in the Application.

5. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christine C. Shubert
Christine C. Shubert,
Chapter 7 Trustee

Dated: February 18, 2025