**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DENNIS LYNN SWARTZ, JR.** | : | **BANKRUPTCY NO. 24-14190 (PMM)** |
| **and WENDY MAY SWARTZ** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtors' Application to Convert from a Proceeding

Under Chapter 7 to a Proceeding Under Chapter 13 (the "Application"), and the Objection of the

Chapter 7 Trustee thereto; it is hereby **ORDERED** that:

1.    The Application is **DENIED**.

**BY THE COURT:**

Dated: _____        _____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE