**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DENNIS LYNN SWARTZ, JR.** | : | **BANKRUPTCY NO. 24-14190 (PMM)** |
| **and WENDY MAY SWARTZ** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on February 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of Christine C. Shubert, Chapter 7 Trustee, to Debtors' Application to Convert from a Proceeding Under Chapter 7 to a Proceeding Under Chapter 13.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**KARALIS PC**

By: ___ /s/ Robert W. Seitzer _____
ROBERT W. SEITZER

*Proposed Attorneys for the Trustee*

Dated: February 18, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

David W. Tidd, Esquire
200 Spring Ridge Drive, Suite 100
Wyomissing, PA 19610
*Counsel to the Debtor*