**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 7** |
| **Dennis Lynn Swartz, Jr.** | | |
| **and Wendy May Swartz,** | **:** | |
| **Debtors.** | **:** | **Case No. 24-14190 (PMM)** |

## ORDER SCHEDULING HEARING

**AND NOW** upon consideration of the Debtors' Motion to Convert (doc. #18, the "Motion") and the chapter 7 Trustee's Objection thereto (doc. #19);

It is hereby **ordered** that a hearing with regard to the Motion is scheduled for **Tuesday, March 11, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601; and

It is further **ordered** that the Trustee, Debtors' counsel, and the Debtors **shall appear in person** at the hearing.

Dated: 2/19/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge